**No. 09-990. Leland Graske, Petitioner v. Anne Doyle.**

559 U.S. 1036, 130 S. Ct. 2074, 176 L. Ed. 2d 416, 2010 U.S. LEXIS 2808.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 579 F.3d 898.

**No. 09-1019. Alan Mikell, Petitioner v. United States.**

559 U.S. 1038, 130 S. Ct. 2078, 176 L. Ed. 2d 416, 2010 U.S. LEXIS 2791.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 344 Fed. Appx. 218.

**No. 09-1026. Herbert S. Moncier, Petitioner v. United States.**

559 U.S. 1038, 130 S. Ct. 2078, 176 L. Ed. 2d 416, 2010 U.S. LEXIS 2849.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 571 F.3d 593.

**No. 09-1040. James W. Sandlin, Petitioner v. United States.**

559 U.S. 1038, 130 S. Ct. 2078, 176 L. Ed. 2d 416, 2010 U.S. LEXIS 2755.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 589 F.3d 749.

**No. 09-1044. Ricardo Briones and Riley Briones, Jr., Petitioners v. United States.**

559 U.S. 1038, 130 S. Ct. 2079, 176 L. Ed. 2d 416, 2010 U.S. LEXIS 2915.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-7351. Floyd Deberry, Petitioner v. United States.**

559 U.S. 1038, 130 S. Ct. 2060, 176 L. Ed. 2d 416, 2010 U.S. LEXIS 2788.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 576 F.3d 708.

**No. 09-7358. James W. Van Divner, Jr., Petitioner v. Pennsylvania.**

559 U.S. 1038, 130 S. Ct. 2060, 176 L. Ed. 2d 416, 2010 U.S. LEXIS 2764.

March 29, 2010. Petition for writ of certiorari to the Supreme Court of Pennsylvania, Eastern District, denied.

Same case below, 599 Pa. 617, 962 A.2d 1170.